STATE OF NEW JERSEY v. CORNELIUS MCCOY BOONE.

January 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. HERBERT H. KIRK.

January 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES STOUT.

January 29, 1985.

Petition for certification denied.

LARRY A. WILKE v. SHARON M. WILKE CULP.

January 29, 1985.

Petitions for certification denied.   (See 196 *N.J.Super.* 487)